CITATION

C0204183---00002

## THE STATE OF TEXAS

No. B-0204183

**ARTURO ELIZONDO JR**
**VS. ADHAN ABBIKADIR ET AL**

## CITATION

### 60 th JUDICIAL DISTRICT COURT
### of JEFFERSON COUNTY, TEXAS

To:   **ABBIKADIR, ADHAN**

by serving at:
**816 RIDGE CREEK DRIVE**
**CLARKSTON, GA   30021**

DEFENDANT:

NOTICE:

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. Said answer may be filed by mailing same to: District Clerk's Office, 1085 Pearl, Room 203, Beaumont, TX 77701, (or if the case is designated as an E-file case, E-file through Lexis Nexis file and serve) or by bringing it to the office. The case is presently pending before the 60 th District Court of Jefferson County sitting in Beaumont, Texas, and was filed on the 25th day of July, 2019. It bears cause number B-0204183 and is styled:

Plaintiff:

**ARTURO ELIZONDO JR**
VS.
**ADHAN ABBIKADIR ET AL**

Defendant:

The name and address of the attorney for plaintiff (or plaintiff if pro se) is:

**GALLAGHER, MATTHEW, Atty.**
**917 Franklin St., Fourth Floor**
**Houston, TX   77002 0**

The nature of the demands of said plaintiff is shown by a true and correct copy of Plaintiff's PETITION (PLAINTIFF'S ORIGINAL)   accompanying this citation and made a part thereof.

Issued under my hand and the seal of said court, at Beaumont, Texas, this the 29th day of July, 2019.

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS

BY *Sherrye Kohler* Deputy

Sherrye



I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office
September 26, 2019
JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS
*Jamie Smith* Page 1 of 2



EXHIBIT
2

# RETURN OF SERVICE

B-0204183          60 th JUDICIAL DISTRICT COURT
ARTURO ELIZONDO JR
ADHAN ABBIKADIR ET AL

Executed when copy was delivered:
This is a true copy of the original citation, was delivered to defendant _____, on the _____ day of _____, 20____.

_____, Officer
_____, County, Texas
By: _____, Deputy

**ADDRESS FOR SERVICE:**
ABBIKADIR, ADHAN

816 RIDGE CREEK DRIVE

CLARKSTON, GA 30021 0000

## OFFICER'S RETURN

Came to hand on the _____ day of _____, 20____, at _____, o'clock ___.m., and executed in _____, County, Texas by delivering to each of the within named defendants in person, a true copy of this Citation with the date of delivery endorsed thereon, together with the accompanying copy of the Citation at the following times and places, to-wit:

| Name | Date/Time | Place, Course and Distance from Courthouse |
|------|-----------|---------------------------------------------|
|      |           |                                             |

And not executed as to the defendant(s), _____

The diligence used in finding said defendant(s) being: _____

and the cause or failure to execute this process is: _____

and the information received as to the whereabouts of said defendant(s) being: _____

**FEES:**
Serving Petition and Copy   $ _____
Total                       $ _____

_____, Officer
_____, County, Texas

By: _____, Deputy

_____
Affiant

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.**
In accordance with Rule 107: The officer of authorized person who serves, or attempts to serve, a citation shall sign and return. The signature is not required to be verified. If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:
"My name is _____, my date of birth is _____, and my address is
         (First, Middle, Last)
_____.
(Street, City, Zip)
I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

Executed in _____, County, State of _____, on the _____ day of _____.

_____
Declarant/Authorized Process Server

_____
(Id # expiration of certification)

I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

September 26, 2019

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS

*Jamie Smith*   Page 2 of 2



I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

**September 26, 2019**

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS

*Jamie Smith*

Certified Document Number: 2100582 Total Pages: 2

In accordance with Texas Government Code 51.301 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail districtclerk@co.jefferson.tx.us