

# District Clerk Online

Welcome, **George P. Pappas**! My Transactions (TransactionHistory.aspx) | Log Off (LogOff.aspx)
Back to Case Results (CaseSearchResults.aspx)

**Civil Case '204183' documents:**

| Document Number | Document Name | Document Pages | Document Date | Add To Cart |
|---|---|---|---|---|
| 2096844 (Document.aspx?PRJ=CIV&DN=2096844) | PETITION (PLAINTIFFS ORIGINAL) | 7 | 07/26/2019 | Add To Cart |
| 2096847 (Document.aspx?PRJ=CIV&DN=2096847) | RECEIPT | 1 | 07/26/2019 | Add To Cart |
| 2098938 (Document.aspx?PRJ=CIV&DN=2098938) | RETENTION LETTER | 2 | 07/26/2019 | Add To Cart |
| 2100582 (Document.aspx?PRJ=CIV&DN=2100582) | CITATION | 2 | 07/29/2019 | Add To Cart |
| 2100583 (Document.aspx?PRJ=CIV&DN=2100583) | CITATION | 2 | 07/29/2019 | Add To Cart |
| 2102503 (Document.aspx?PRJ=CIV&DN=2102503) | REQUEST (GENERAL) | 1 | 08/02/2019 | Add To Cart |
| 2102504 (Document.aspx?PRJ=CIV&DN=2102504) | RECEIPT | 1 | 08/02/2019 | Add To Cart |
| << < Page 1 of 1 > >> | | | | |

Home (Home.aspx)   Reset Password (ResetPassword.aspx)   Change Email (ChangeEmail.aspx)



EXHIBIT 4