IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| ARTURO ELIZONDO, JR.<br>　　Plaintiff, | § § § § | |
| vs. | § | CIVIL ACTION NO. _____ |
| ADHAN ABBIKADIR AND MBA TRANSPORT OF COLUMBUS, LLC<br>　　Defendants | § § § § | |

### PARTIES, COUNSEL AND COURT INFORMATION PURSUANT TO LR 81

The following is a list of the parties to the State Court Proceeding, along with their respective counsel and whether they have requested a jury:

**Plaintiff Arturo Elizondo, Jr.**

Counsel:    Matthew Gallagher
　　　　　　Gallagher Law, PLLC
　　　　　　917 Franklin Street, Fourth Floor
　　　　　　Houston, Texas 77002
　　　　　　713-807-8000 | 713-807-8008
　　　　　　matthew@mgg-law.com

*Jury trial was requested by Plaintiff in his Original Petition.*

**Defendants Adhan Abbikadir and MBA Transport of Columbus, LLC**

Counsel:    George P. Pappas
　　　　　　Vasilia M. Wilkes
　　　　　　Sheehy, Ware & Pappas, P.C.
　　　　　　2500 Two Houston Center
　　　　　　909 Fannin Street
　　　　　　Houston, Texas 77010
　　　　　　713-951-1000 | 713-951-1199
　　　　　　gpappas@sheehyware.com
　　　　　　vwilkes@sheehyware.com

This case is being removed from the 60th Judicial District Court of Jefferson County, Texas which is located at the following address:

Mr. Jamie Smith
Jefferson County District Clerk
1085 Pearl Street, Room 203
Beaumont, Texas 77701



EXHIBIT 5

**Judge:**        Justin Sanderson
**Clerk:**        Stanley Hatcher (409) 835-8472
**Coordinator:** Cathy Dollinger (409) 835-8472