IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

ARTURO ELIZONDO, JR.,

      Plaintiff,

vs.

ADHAN ABBIKADIR,  MBA TRANSPORT
OF COLUMBUS, LLC,

     Defendants.

No.1:19-CV-00459-TH

## ORDER SETTING CASE MANAGEMENT CONFERENCE

This case is assigned to the Honorable Thad Heartfield, United States District Court Judge,

and referred to the undersigned for pretrial management.

It is **ORDERED** that the case management conference is set before the undersigned for

**Monday, January 27, at 10:00 a.m.** in Courtroom No. 4, Jack Brooks Federal Building, 300

Willow Street, Beaumont, Texas.

The clerk is directed to send a copy of this notice to plaintiff's attorney, Matthew Gallagher,

at 917 Franklin St. #400, Houston, TX 77002, certified mail return receipt requested.  Failure to

appear in person may result in the dismissal of this case for want of prosecution.


SIGNED this 6th day of January, 2020.


_____
Zack Hawthorn
United States Magistrate Judge