**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JAN 13 2020

BY
DEPUTY _____

USPS TRACKING #

9590 9402 3207 7166 1373 80

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States Postal Service

CLERK, U.S. DISTRICT COURT
RECEIVED
JAN 13 2019
EASTERN DISTRICT OF TEXAS
BEAUMONT, TEXAS

• Sender: Please print your name, address, and ZIP+4® in this box•

U.S. DISTRICT CLERK
300 WILLOW ST., STE. 104
BEAUMONT, TX 77701

mp

01/10



---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Matthew Gallagher
917 Franklin St. #400
Houston, TX 77002



9590 9402 3207 7166 1373 80

2. Article Number (Transfer from service label)
7018 1130 0001 3715 2721

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

JAN -9 2020

1:19cv459 #7

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
  Mail
  Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt