# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | | |
|---|---|---|
| ARTURO ELIZONDO, JR., | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 1:19-CV-00459-TH |
| ADHAN ABBIKADIR, MBA TRANSPORT OF COLUMBUS, LLC, | § § § | |
| Defendants. | § § § | |

## SCHEDULING ORDER

The following schedule shall be followed. All communications concerning the case shall be directed to the Law Clerk for Judge Hawthorn, currently Kim Saindon. Ms. Saindon may be contacted at (409) 654-2815.

1. March 26, 2020     NEW PARTIES shall be joined, without leave of court, by this date.

2. March 26, 2020     The pleadings shall be AMENDED, without leave of court, by this date.

3. May 26, 2020     PLAINTIFF shall designate EXPERT WITNESSES in writing and provide expert reports by this date.

4. June 26, 2020     DEFENDANT shall designate EXPERT WITNESSES in writing and provide expert reports by this date.

5. October 5, 2020     DISCOVERY shall be completed by this date.

6. November 2, 2020     MOTION CUT-OFF. Aside from motions in limine, no motion, including motions to exclude or limit expert testimony, shall be filed after this date except for good cause shown. Without leave of court, a party may file only one summary judgment motion.

7. February 3, 2021     The JOINT PRETRIAL ORDER, including motions in limine and a proposed charge or proposed findings of fact and conclusions of law, shall be filed and proposed trial exhibits shall be exchanged on or before this date.

8. February 10, 2021     OBJECTIONS TO proposed exhibits, witnesses, and deposition excerpts, as well as responses to motions in

limine, shall be filed by this date.

9. March 1, 2021      FINAL STATUS CONFERENCE at 10:00 a.m. The case will be set for Final Pretrial Conference and Trial at the Final Status Conference. The parties should be prepared to try the case by this date.

10. Two to Three Days      Estimated time to try before the court.

SIGNED this 10th day of February, 2020.

_____
Zack Hawthorn
United States Magistrate Judge