# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | | |
|---|---|---|
| ARTURO ELIZONDO, JR. | § | |
|     Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 1:19-cv-00459-TH |
| ADHAN ABBIKADIR AND MBA | § | |
| TRANSPORT OF COLUMBUS, LLC | § | |
|     Defendants | § | |

## NOTICE OF SERVING RULE 26 INITIAL DISCLOSURES OF DEFENDANT ADHAN ABBIKADIR

I hereby certify that Defendants Adhan Abbikadir and MBA Transport of Columbus, LLC by and through the undersigned counsel, served their Initial Disclosures and Bates Stamped documents MBA000001 - MBA 000290 pursuant to Rule 26 of the Federal Rules of Civil Procedures on all counsel of record via email on February 13, 2020.

                                                    Respectfully submitted,

                                                    **SHEEHY, WARE & PAPPAS, P.C.**

By:_____
       **GEORGE P. PAPPAS**
       State Bar No. 15454800
       Federal Bar No. 2905
       2500 Two Houston Center
       909 Fannin Street
       Houston, Texas 77010
       Telephone: (713) 951-1000
       Facsimile: (713) 951-1199
       **gpappas@sheehyware.com**

       **ATTORNEY-IN-CHARGE FOR**
       **DEFENDANTS, ADHAN ABBIKADIR AND**
       **MBA TRANSPORT OF COLUMBUS, LLC**

**OF COUNSEL:**
Vasilia M. Wilkes
State Bar No. 24051452
Federal Bar No. 955230
Sheehy, Ware & Pappas, PC
2500 Two Houston Center
909 Fannin Street
Houston, Texas 77010-1003
Telephone: (713) 951-1000
Facsimile: (713) 951-1199
vwilkes@sheehyware.com

**ATTORNEY FOR DEFENDANTS,
ADHAN ABBIKADIR AND MBA
TRANSPORT OF COLUMBUS, LLC**

## CERTIFICATE OF SERVICE

      Pursuant to the Federal Rules of Civil Procedure, I hereby certify that a true and correct copy of the foregoing instrument has been served on the following counsel of record on the 13th day of February, 2020:

    *Attorneys for Plaintiff*
    Matthew Gallagher
    **Gallagher Law, PLLC**
    917 Franklin St., Fourth Floor
    Houston, TX 77002
    matthew@mgg-law.com

                                                  **GEORGE P. PAPPAS**