# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | |
|---|---|
| ARTURO ELIZONDO, JR. § | |
|     Plaintiff, § | |
| § | |
| vs. § | CIVIL ACTION NO. 1:19-cv-00459-TH |
| ADHAN ABBIKADIR AND MBA § | |
| TRANSPORT OF COLUMBUS, LLC § | |
|     Defendants § | |

## DEFENDANT, ADHAN ABBIKADIR'S NOTICE OF SERVING
## DISCOVERY REQUEST TO PLAINTIFF

I hereby certify that Defendant Adhan Abbikadir by and through the undersigned counsel, served his First Interrogatories and Request for Production to Plaintiff, Arturo Elizondo Jr. pursuant to Rule 26 of the Federal Rules of Civil Procedures on all counsel of record via email on February 24, 2020.

Respectfully submitted,

**SHEEHY, WARE & PAPPAS, P.C.**

By:_____
**GEORGE P. PAPPAS**
State Bar No. 15454800
Federal Bar No. 2905
2500 Two Houston Center
909 Fannin Street
Houston, Texas 77010
Telephone: (713) 951-1000
Facsimile: (713) 951-1199
**gpappas@sheehyware.com**

**ATTORNEY-IN-CHARGE FOR
DEFENDANT ADHAN ABBIKADIR**

**OF COUNSEL:**
Vasilia M. Wilkes
State Bar No. 24051452
Federal Bar No. 955230
Sheehy, Ware & Pappas, PC
2500 Two Houston Center
909 Fannin Street
Houston, Texas 77010-1003
Telephone: (713) 951-1000
Facsimile: (713) 951-1199
vwilkes@sheehyware.com

**ATTORNEY FOR DEFENDANT,
ADHAN ABBIKADIR**

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure, I hereby certify that a true and correct copy of the foregoing instrument has been served on the following counsel of record on the 24th day of February, 2020:

> *Attorneys for Plaintiff*
> Matthew Gallagher
> **Gallagher Law, PLLC**
> 917 Franklin St., Fourth Floor
> Houston, TX 77002
> matthew@mgg-law.com

_____
**GEORGE P. PAPPAS**