IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| ARTURO ELIZONDO, JR., <br><br> Plaintiff, <br> vs. <br><br> ADHAN ABBIKADIR, MBA TRANSPORT OF COLUMBUS, LLC, <br><br> Defendants. | NO.1:19-CV-00459-TH |

## **ORDER SETTING TELEPHONIC HEARING**

This case is assigned to the Honorable Thad Heartfield, United States District Court Judge, and has been referred to the undersigned for pre-trial management. Having been informed of discovery issues in this case, the undersigned will hold a hearing on Thursday, June 25, 2020, at 10 a.m. Due to the ongoing COVID-19 situation, the hearing will be held telephonically. The parties will be provided with call-in information.

SIGNED this 23rd day of June, 2020.

_____
Zack Hawthorn
United States Magistrate Judge