# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | | |
|---|---|---|
| ARTURO ELIZONDO, JR. | § | |
|     Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 1:19-cv-00459-TH |
| ADHAN ABBIKADIR AND MBA | § | |
| TRANSPORT OF COLUMBUS, LLC | § | |
|     Defendants | § | |

## AGREED MOTION TO AMEND SCHEDULING ORDER

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to the telephonic conference held Thursday, June 25 2020, Plaintiff Arturo Elizondo, Jr. and Defendants Adhan Abbikadir and MBA Transport of Columbus, LLC submit this Agreed Motion to Amend Scheduling Order. All parties agree to the dates stated therein and respectfully ask the Court to enter same.

    Respectfully submitted,

    GALLAGHER LAW, PLLC

    _____
    **MATTHEW GALLAGHER**
    State Bar No. 24068538
    917 Franklin Street, 4th Floor
    Houston, Texas 77002
    Telephone: (713) 807-8000
    Facsimile: (713) 807-8008
    **matthew@mgg-law.com**

    **ATTORNEY FOR PLAINTIFF**
    **ARTURO ELIZONDO, JR.**

-and-

**SHEEHY, WARE & PAPPAS, P.C.**

_____
**GEORGE P. PAPPAS**
State Bar No. 15454800
Federal Bar No. 2905
2500 Two Houston Center
909 Fannin Street
Houston, Texas 77010
Telephone: (713) 951-1000
Facsimile: (713) 951-1199
**gpappas@sheehyware.com**

**ATTORNEY-IN-CHARGE FOR DEFENDANTS ADHAN ABBIKADIR AND MBA TRANSPORT OF COLUMBUS, LLC**

**OF COUNSEL:**
Vasilia M. Wilkes
State Bar No. 24051452
Federal Bar No. 955230
Sheehy, Ware & Pappas, PC
2500 Two Houston Center
909 Fannin Street
Houston, Texas 77010-1003
Telephone: (713) 951-1000
Facsimile: (713) 951-1199
**vwilkes@sheehyware.com**

**ATTORNEY FOR DEFENDANT ADHAN ABBIKADIR AND MBA TRANSPORT OF COLUMBUS, LLC**

**CERTIFICATE OF SERVICE**

   Pursuant to the Federal Rules of Civil Procedure, I hereby certify that a true and correct copy of the foregoing instrument has been served on the following counsel of record on July 6, 2020, by electronic service and email.

  *Attorneys for Plaintiff*
  Matthew Gallagher
  **Gallagher Law, PLLC**
  917 Franklin St., Fourth Floor
  Houston, TX 77002
  matthew@mgg-law.com

           _____
           George P. Pappas

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | | |
|---|---|---|
| **ARTURO ELIZONDO, JR.** | § | |
|     Plaintiff, | § | |
| | § | |
| vs. | § | **CIVIL ACTION NO. 1:19-cv-00459-TH** |
| **ADHAN ABBIKADIR AND MBA** | § | |
| **TRANSPORT OF COLUMBUS, LLC** | § | |
|     Defendants | § | |

## AMENDED SCHEDULING ORDER[1]

| | |
|---|---|
| August 26, 2020 | Deadline to file motions for summary judgment<br>Disclosure of plaintiff's expert testimony |
| September 25, 2020 | Disclosure of defendants' expert testimony |
| December 14, 2020 | Deadline to file motions and objections to experts |
| January 5, 2021 | Discovery deadline (excluding expert discovery) |
| January 19, 2021 | Notice of intent to offer certified records |
| January 26, 2021 | Plaintiff's portion of pre-trial order sent to Defendants |
| February 2, 2021 | Joint final pre-trial order<br>Motions in limine due<br>Proposed jury instructions/form of verdict |
| February 9, 2021 | Response to motions in limine due<br>Objections to use of depositions, documents, exhibits,<br>    summaries of evidence and exhibits at trial |
| February 11, 2021 | Pre-marked exhibit list due |
| February 16, 2021 | Date parties should be prepared to try case |

SIGNED THIS \_\_\_\_\_ day of _____, 2020.

_____
HONORABLE JUDGE PRESIDING

---

[1] If a deadline fall on a Saturday, Sunday or federal holiday, the effective date is the first federal court business day following the deadline imposed.