# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | | |
|---|---|---|
| ARTURO ELIZONDO, JR., | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 1:19-CV-00459-TH |
| ADHAN ABBIKADIR, MBA TRANSPORT OF COLUMBUS, LLC, | § § § | |
| Defendants. | § § § | |

## FIRST AMENDED SCHEDULING ORDER

The following schedule shall be followed. All communications concerning the case shall be directed to the Law Clerk for Judge Hawthorn, currently Kim Saindon. Ms. Saindon may be contacted at (409) 654-2815. The parties' proposed amended scheduling order has been revised to comply with this court's guidelines.

1. EXPIRED — NEW PARTIES shall be joined, without leave of court, by this date.

2. EXPIRED — The pleadings shall be AMENDED, without leave of court, by this date.

3. August 26, 2020 — PLAINTIFF shall designate EXPERT WITNESSES in writing and provide expert reports by this date.

4. September 25, 2020 — DEFENDANT shall designate EXPERT WITNESSES in writing and provide expert reports by this date.

5. January 5, 2021 — DISCOVERY shall be completed by this date.

6. January 20, 2021 — MOTION CUT-OFF. Aside from motions in limine, no motion, including motions to exclude or limit expert testimony, shall be filed after this date except for good cause shown. Without leave of court, a party may file only one summary judgment motion.

7. April 20, 2021 — The JOINT PRETRIAL ORDER, including motions in limine and a proposed charge or proposed findings of fact and conclusions of law, shall be filed and proposed trial exhibits shall be exchanged on or before this date.

8. April 27, 2021 — OBJECTIONS TO proposed exhibits, witnesses, and

deposition excerpts, as well as responses to motions in limine, shall be filed by this date.

9. May 17, 2021

FINAL STATUS CONFERENCE at 10:00 a.m. The case will be set for Final Pretrial Conference and Trial at the Final Status Conference. The parties should be prepared to try the case by this date.

10. Two to Three Days

Estimated time to try before the court.

SIGNED this 7th day of July, 2020.

_____
Zack Hawthorn
United States Magistrate Judge