| | |
|---|---|
| STYLE OF CASE : | **ARTURO ELIZONDO** |
| | vs. |
| | ADHAN ABBIKADIR AND MBA TRANSPORT OF COLUMBUS, LLC |
| CASE NO. : | 1:19-CV-00459 |
| PERTAIN TO : | Arturo Elizondo |
| FROM : | Tideport Distributing Inc. - **Payroll** 4225 Research Forest Drive, Suite 204 SpringTX77381 |
| DELIVER TO : | George P. Pappas Sheehy, Ware, & Pappas, P.C. 909 Fannin Street, Suite 2500 Houston, TX 77010-1003 |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

Order No. **83049.020**

**EXHIBIT 2**

IN THE UNITED STATES DISTRICT COURT
FOR THE Eastern DISTRICT OF TEXAS
Beaumont DIVISION

| | | |
|---|---|---|
| ARTURO ELIZONDO | : | |
| | : | |
| vs. | : | CIVIL ACTION NO. **1:19-CV-00459** |
| | : | |
| ADHAN ABBIKADIR AND | : | |
| MBA TRANSPORT OF COLUMBUS, LLC | : | |

## DIRECT QUESTIONS TO BE PROPOUNDED TO THE WITNESS

Custodian of Records for: **Tideport Distributing Inc.**
Records Pertaining To: **Arturo Elizondo**
Type of Records: **Any and all payroll records, including but not limited to, records of wages earned, W-2 forms, time sheets, and any other documents contained in the file**

1. Please state your name, the name of your employer, and your position and title with said company.

   Answer: _TINA RAIDER - HUMAN RESOURCES_

2. Please state whether or not the above-named person is or has been an employee of said company.

   Answer: _YES CURRENTLY AN EMPLOYEE_

3. State whether or not payroll records of the company's employees, including that of the above-named person, are kept and maintained by said company.

   Answer: _YES_

4. State whether or not the maintenance and preservation of the payroll records, including those of the above named person, of said company, are kept under your custody and supervision.

   Answer: _YES_

5. Please state whether or not you are Custodian of Payroll Records of said company.

   Answer: _YES_

6. Are the payroll records of the above-named person made and maintained by the company in the usual and regular course of business?

   Answer: _YES_

7. Do you have the payroll records of the above-named person?

   Answer: _YES_

Order No. 83049.020

8. Please state whether the entries of the payroll records were made at or near the time of the act, event or condition recorded, or reasonably soon thereafter.

    Answer: YES

9. Please state whether it was the regular course of business of your company for such employee or representative with personal knowledge of such act, event or condition to make such memorandum or record, or to transmit information thereof to be included in such payroll records.

    Answer: YES

10. Please hand all of the payroll records pertaining to the above-named person as outlined in the subpoena duces tecum, to the Officer taking the deposition for photocopying and marking as Exhibits, to be attached to this deposition. Have you done so? If not, why?

    Answer: YES

_____
WITNESS (Custodian of Records)

Before me, the undersigned authority, on this day personally appeared _____, known to me to be the person whose name is subscribed to the foregoing instrument in the capacity therein stated, who being first duly sworn, stated upon his/her oath that the answers to the foregoing questions are true and correct. I further certify that the records attached hereto are exact duplicates of the original records.

SWORN TO AND SUBSCRIBED before me this __14__ day of __April__, 20_20_.

_____
NOTARY PUBLIC

My Commission Expires: _____

ANDREW NATHO
MY COMMISSION EXPIRES
NOVEMBER 5, 2022
NOTARY ID: 11369823

Order No. 83049.020

| 3/11/2020 | Form 1 - Demographics, Pay Rates and Taxes |
|---|---|
| Current Year 2020 | [0F751] TIDEPORT DISTRIBUTING INC |

## ELIZONDO JR, ARTURO (A01U)
ACTIVE W-2
CV-Drivers (35011)
Hired 10/09/2003
View Full Profile

ELIZONDO JR, ARTURO (A

# Form 1 - Demographics, Pay Rates and Taxes

View Change History
**Employee Demographics**

First Name*
ARTURO

Last Name*
ELIZONDO JR

Middle Name

Nickname

Employee Status
ACTIVE
Inactivate User
Yes ● No

Social Security Number
[redacted]
○ Applied For

Termination Date
00/00/0000
Enter a termination date

Department
CV-Drivers [35011]
You do not have permission to access this Department

Position
DRIVER

Primary Phone
 -   -
Other ▼

Secondary Phone
 -   -
Other ▼

Location
Search or Make Selection

Address*
[redacted]

Labor Allocation
Change / Edit | Category Filters

| Department |
|---|
| [35011] CV-Drivers |

**Employee Pay Rates**
*Indicates Required Field
Pay Type
Hourly ▼
Pay Basis Check Display *
Hourly ▼
Pay Frequency *
Semi-Monthly ▼
Est. Annual Salary
$29,120.00 /year
Hourly Rate_1
14.00
Hourly Rate_2
0.00
Excessive NET Threshold
0.00
Workers' Comp*
[TX007219] TRUCKING NOC ALL EES AND DRIVERS (Rate = 0.114200) ▼
ABBR Calculation Rule
Manual Entry
Annual Benefits Base Rate
0.00
Direct Deposit
Disabled
Clock Sequence Number

https://www.paycomonline.net/v4/cl/cl-eechange1.php?eecode=A01U&session_nonce=8a33ab6f69e23c324106aeba1bd7408b        1/2

**00001**

3/11/2020                                    Form 1 - Demographics, Pay Rates and Taxes

Print Paystub Message
○ Print Paystub Message

Print Check Message
○ Print Check Message

## Employee Taxes
Tax Profile
TX/TX/TX (1 of 1)
Change
Lives-in State
Texas
Works-in State
Texas
SUI Agency
Texas
Local Tax Agency
...
Client-Local Agency
...
Federal Tax Information
Edit

| Filing Status | Exemptions / Allowances | Additional Amount | Additional Percent | Block | Locked In | Federal W-4 |
|---|---|---|---|---|---|---|
| Single | 0 | $0.00 | 0.0000% | ○ ○ | ○ | N/A |

State Tax Information

| State | Filing Status | Exemptions / Allowances | Additional Amount | Additional Percent | Block | Locked In |
|---|---|---|---|---|---|---|
| | | | No Records Found | | | |

(Note: Changes will not be applied unless you click "UPDATE.")
Cancel  Update

Terms of Use | Privacy Policy | © 2020 Paycom | All Rights Reserved.

| 3/11/2020 | Form 2 - Scheduled Earnings and Deductions |
|---|---|
| Current Year 2020 | [0F751] TIDEPORT DISTRIBUTING INC |

ELIZONDO JR, ARTURO (A01U)
ACTIVE W-2
CV-Drivers (35011)
Hired 10/09/2003
View Full Profile

ELIZONDO JR, ARTURO (A

## Form 2 - Scheduled Earnings and Deductions

View Change History
Scheduled Earnings
Hide | Add
**Scheduled Deductions**
Hide | Add

| Code | Description | Amount($) | Percent(%) | Set Limit | Match Policy | Direct Deposit | Benefit Level and Plan Name | Benefit Effective Date | Coverage End Date | Deduction Start Date | Deduction Stop Date | Frequency | Goal Amount | Goal Accum | Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DEN | Dental Pretax | 10.71 Override | | ● No ○ Yes 0.00 | | | Dental Plan Employee Per Pay Period Amount Employee and Spouse $10.71 | 08/01/2019 | 07/31/2020 | 07/01/2019 | 06/30/2020 | Every Payroll | | $42.84 | |
| 401 | EE 401k | 50.00 | | Yes $26000.00 | ▼ | | | | | 00/00/0000 | 00/00/0000 | Every Payroll | 26000.00 | $200.00 | 25800.00 |
| MDE | Medical Pretax | 360.00 Override | | ● No ○ Yes 0.00 | | | BCBS Medical Employee Per Pay Period Amount Employee and Spouse $360.00 | 08/01/2019 | 07/31/2020 | 07/01/2019 | 06/30/2020 | Every Payroll | | $1440.00 | |

Scheduled Garnishments
Hide | Add
Scheduled Expense Reimbursements
Hide | Add
(Note: Changes will not be applied unless you click "UPDATE")
Cancel | Update

Terms of Use | Privacy Policy | © 2020 Paycom | All Rights Reserved.

https://www.paycomonline.net/v4/cl/cl-eechange2.php?eecode=A01U&session_nonce=8a33ab6f69e23c324106aeba1bd7408b

1/1

**00003**

3/11/2020            Form 3 - Dates and HR

| Current Year 2020 | [0F751] TIDEPORT DISTRIBUTING INC |
|---|---|

ELIZONDO JR, ARTURO (A01U)
ACTIVE W-2
CV-Drivers (35011)
Hired 10/09/2003
View Full Profile

ELIZONDO JR, ARTURO (A

# Form 3 - Dates and HR

View Change History
Employee Dates
Human Resources Information
Contact Information
Organizational Relationships
Government Reporting
Sensitive Compliance Fields
Custom Fields

Hire Date
10/09/2003
16 Years 5 Months 2 Days
Rehire Date
00/00/0000
N/A
Termination Reason

Birth Date
[REDACTED]

On-Leave Start
00/00/0000
COBRA Start Date
00/00/0000
Last Review
00/00/0000
401(k) Eligibility Date
00/00/0000
Last Position Change Date
00/00/0000
Employee Added
01/04/2013
Part-Time to Full-Time Date
00/00/0000
Medicare Entitlement Date
00/00/0000

Termination Date
00/00/0000
Previous Termination Date
N/A
Termination Type
▼
(Options)
Last Pay Change
09/24/2019
On-Leave End
00/00/0000
Next Review
00/00/0000
COBRA End Date
00/00/0000
401(k) Participation Date
00/00/0000
Match Eligibility Date
00/00/0000
Full-Time to Part-Time Date
00/00/0000
New Hire Report Date
00/00/0000
Most Recent Check Date
02/28/2020

Cancel    Update

Terms of Use | Privacy Policy | © 2020 Paycom | All Rights Reserved.

**00004**