**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | |
|---|---|
| **ARTURO ELIZONDO, JR.** § | |
| Plaintiff, § | |
| § | |
| vs. § | **CIVIL ACTION NO. 1:19-cv-00459-TH** |
| **ADHAN ABBIKADIR AND MBA** § | |
| **TRANSPORT OF COLUMBUS, LLC** § | |
| Defendants § | |

## ORDER

On this date, the Court considered Defendants' Motion for Partial Summary Judgment on Plaintiff's claims of past and future loss of income and any Responses thereto, and came the parties, by and through their respective attorneys of record. The Court, after considering the Motion and all matters of record, is of the opinion that the Motion should be GRANTED. Therefore, it is

ORDERED that Defendant's Motion for Partial Summary Judgment is granted. Further, it is

ORDERED that Plaintiff's claims against Defendant for loss of past income and loss of future income are hereby dismissed with prejudice.