IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| ARTURO ELIZONDO JR., <br>     Plaintiff, <br> v. <br><br> ADHAN ABBIKADIR, MBA TRANSPORT OF COLUMBUS, LLC, <br>     Defendants. | NO.1:19-CV-00459-TH |

## **ORDER SETTING TELEPHONIC STATUS CONFERENCE**

This case is assigned to the Honorable Thad Heartfield, United States District Judge, and has been referred to the undersigned for pretrial management. Pending before the court is a *Motion for Partial Summary Judgment* filed by the Defendants. Doc. No. 18. The Plaintiff has not responded to the motion. Pursuant to the First Amended Scheduling Order, however, discovery need not be completed until January 5, 2021. Doc. No. 17. Accordingly, the undersigned would like to hold a telephonic status conference to better understand the status of this case.

It is, therefore, **ORDERED** that a status conference is **SET** before the undersigned for Wednesday, December 2, 2020 at 10:00 a.m. Due to the ongoing COVID-19 situation, the hearing will be held telephonically. The parties will be provided with call-in information.

SIGNED this 20th day of November, 2020.

                                                                          Zack Hawthorn <br>
                                                            United States Magistrate Judge