IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| ARTURO ELIZONDO JR, § § Plaintiff, § § § CASE NO. 1:19-CV-00459-TH v. § § ADHAN ABBIKADIR, MBA TRANSPORT § OF COLUMBUS, LLC, § § Defendants. § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

This case is referred to the Honorable Zack Hawthorn, United States Magistrate Judge, for all pretrial matters. The court has received and considered the Report and Recommendation of the magistrate judge (Doc. No. 21), which recommends denying Defendants' "Motion for Partial Summary Judgment on Plaintiff's Loss of Income Claims" (Doc. No. 18). No objections have been filed to the Report and Recommendation, and the time for doing so has passed. 28 U.S.C. § 636(b)(1)(C); FED. R. CIV. P. 72(b)(2).

It is, therefore, **ORDERED** that the magistrate judge's Report and Recommendation (Doc. No. 21) is **ADOPTED**; the Defendants' "Motion for Partial Summary Judgment on Plaintiff's Loss of Income Claims" (Doc. No. 18) is **DENIED**.

**SIGNED** this the **26** day of **January, 2021.**

_____
Thad Heartfield
United States District Judge