IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| ARTURO ELIZONDO, JR., §<br>*Plaintiff*, §<br>§<br>v. §<br>§<br>ADHAN ABBIKADIR and MBA §<br>TRANSPORT OF COLUMBUS, LLC, §<br>*Defendants*. § | CIVIL ACTION NO. 1:19-CV-00459<br><br>JUDGE THAD HEARTFIELD |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has referred this case to Magistrate Judge Zack Hawthorn for pretrial management. [Dkt. 6]. Pending before the Court is Defendants' *Objections to Plaintiff's Presentation of Evidence at Trial and Motion to Dismiss for Want of Prosecution.* [Dkt. 43.] On July 5, 2022, Judge Hawthorn issued his Report and Recommendation in which he recommended granting the motion. [Dkt. 45]. No parties have filed objections, and the time for doing so has passed. Nevertheless, the Court has thoroughly reviewed Judge Hawthorn's Report and Recommendation and concludes that his factual findings and conclusions of law are correct.

It is therefore **ORDERED** that Judge Hawthorn's Report and Recommendation [Dkt. 45] is **ADOPTED**. This case is **DISMISSED** for want of prosecution.

**THIS IS A FINAL JUDGMENT**.

**SIGNED** this the 21 day of **July, 2022.**

_____
Thad Heartfield
United States District Judge